1  Austin W. Anderson
   WATTS LAW FIRM, LLP
2  2506 N. Port Avenue
   Corpus Christi, TX 78401
3  1.800.301.2823
   *Attorneys for Plaintiffs,*
4

5

## UNITED STATES DISTRICT COURT

6

### NORTHERN DISTRICT OF CALIFORNIA

7

### SAN FRANCISCO DIVISION

8

| | |
|---|---|
| 9  **IN RE: BEXTRA AND CELEBREX** ) <br> **MARKETING SALES PRACTICES, AND** ) <br> 10 **PRODUCT LIABILITY LITIGATION** ) <br> ) <br> 11 This Document Relates To: ) <br> *Delia Vera Pena v. Pfizer Inc., et al.* ) <br> 12 (C-06-0097) ) <br> ) <br> 13 *Dale Richards v. Pfizer Inc., et al.* ) <br> (C 06 0359) ) <br> 14 ) <br> *Kathryn E. Adair v. Pfizer Inc., et al.* ) <br> 15 (3:06-cv-00360-CRB) ) <br> ) <br> 16 *Joan H. Grimsley v. Pfizer Inc., et al.* ) <br> (06-3164 CRB) ) <br> 17 ) <br> *George Carey and Paula Y. Carey v. Pfizer* ) <br> 18 *Inc., et al.* ) <br> (06-3165 CRB) ) <br> 19 ) <br> *Beverly Parr v. Pfizer Inc., et al.* ) <br> 20 (06-3364 CRB) ) <br> ) <br> 21 *Shelia Lynn Campbell Yuras, Individually and* ) <br> *as Representative of the Estate of Robert Kay* ) <br> 22 *Carpenter, Deceased v. Pfizer Inc., et al.* ) <br> (06-3366 CRB) ) <br> 23 ) <br> *Esther Luther, Individually and as* ) <br> 24 *Representative of the Estate of Harold Luther,* ) <br> *Deceased v. Pfizer Inc., et al.* ) <br> 25 (C-06-6005) ) <br> ) <br> 26 *Ava Purkey v. Pfizer Inc., et al.* ) <br> (C-06-6182) ) <br> 27 ) <br> *Mary Amos v. Pfizer Inc., et al.* ) <br> 28 (C-06-6259) ) | MDL NO. 1699 <br><br> District Judge: Charles R. Breyer <br><br> **STIPULATION AND ORDER OF** <br> **DISMISSAL WITH PREJUDICE** |

-1-

| | |
|---|---|
| *Demetra Moore, Individually and as Representative of the Estate of Robert Moore, Deceased v. Pfizer Inc., et al.* (C-06-6568 CRB) | ) ) ) ) ) |
| *Frank Alvarez, Individually and as Representative of the Estate of Mary Jo Herbel, deceased v. Merck & Co., Inc., and Pfizer Inc., et al.* (06-6930) | ) ) ) ) ) ) |
| *Clarence McCoy v. Pfizer Inc., et al.* (C-06-7404) | ) ) ) |
| *Lottie Grixgby v. Pfizer Inc., et al.* (C-07-1039-CRB) | ) ) ) |
| *Gerald Johns v. Pfizer Inc., et al.* (C-07-1875 CRB) | ) ) ) |
| *Mike Taylor, Individually and for the Estate of Mary Kathleen Taylor, Deceased v. Pfizer Inc. et al.* (C-07-2576 CRB) | ) ) ) ) ) |
| *Phyllis Brewer v. Pfizer Inc., et al.* (C-07-5059 CRB) | ) ) ) |

COME NOW Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: January 13, 2010

*[signature]*

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: February 4, 2010

Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: FEB 17 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-3-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**